**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
MARIA A. MENCOS, ESQ. (#17098)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
maria@lagomarsinolaw.com
*Attorneys for Plaintiff John Doe*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE, a minor, by and through his natural parent, YAZMINA RUIZ;<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision; ALICIA FLETCHER, individually; HEIDI HUNTER, individually; and DEONTE HARRIS, individually;<br><br>Defendants. | CASE NO.:    2:26-cv-00003-BNW<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY**<br><br>**(FIRST REQUEST)** |

The Parties, by and through their undersigned counsel of record, hereby stipulate to stay discovery in this matter pending potential resolution.

WHEREAS, on January 26, 2026, the Court issued the *Discovery Plan and Scheduling Order* (ECF No. 15).

WHEREAS, since that date, the Parties have worked together to exchange disclosures and respond to discovery. Defendant HARRIS was deposed on April 15, 2026. Defendant Fletcher is scheduled to be deposed on April 22, 2026, Defendant HUNTER is scheduled to be deposed on April 27, 2026, and Yazmina Ruiz is scheduled to be deposed on May 1, 2026. However, the Parties have recently agreed to schedule a mediation on this matter within the next 30-60 days.

Therefore, for judicial economy, the Parties hereby STIPULATE to stay all discovery in this matter pending potential resolution.

The Parties hereby FURTHER STIPULATE that should this matter not be resolved at mediation within the next 30-60 days, the Parties will submit a new discovery plan within one (1)

week of the failed resolution. At that time, the discovery deadlines will be reinstated with the same amount of remaining time as they were on the date this Stipulation is approved by this Court.

**IT IS SO STIPULATED AND AGREED.**

DATED this 16th day of April, 2026.

**LAGOMARSINO LAW**

  _/s/ Maria A. Mencos_
ANDRE M. LAGOMARSINO, ESQ. (#6711)
MARIA A. MENCOS, ESQ. (#17098)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
*Attorneys for Plaintiff John Doe*

DATED this 16th day of April, 2026.

**GREENBERG TRAURIG, LLP**

  _/s/ Kara B. Hendricks_
MARK E. FERRARIO, ESQ. (#1625)
KARA B. HENDRICKS, ESQ. (#7743)
KERRY E. KLEIMAN, ESQ. (#14071)
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
*Attorneys for Defendants Clark County School District, Heidi Hunter, and Deonte Harris*

DATED this 16th day of April, 2026.

**GARIN LAW GROUP**

  _/s/ Lisa J. Zastrow_
LISA J. ZASTROW, ESQ. (#10164)
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Telephone: (702) 382-1500
*Attorney for Defendant Alicia Fletcher*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED:   April 17, 2026

Page 2 of 2

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864   Facsimile (702) 383-0065