GARIN LAW GROUP
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
lzastrow@garinlawgroup.com

*Attorney for Defendant Alicia Fletcher*

# UNITED STATED DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE, a minor, by and through his natural parent, YAZMINA RUIZ,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision; ALICIA FLETCHER, individually; HEIDI HUNTER, individually; and DEONTE HARRIS, individually,<br><br>Defendants. | CASE NO. 2:26-cv-00003-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO PLAINTIFF'S AMENDED COMPLAINT** |

Plaintiff John Doe, a minor by and through his natural parent, Yazmina Ruiz, by and through his counsel of record at LAGORMARSINO LAW, and Defendant, Alicia Fletcher (hereinafter "Defendant"), by and through her attorneys of record at GARIN LAW GROUP, hereby stipulate and agree as follows:

Whereas, a Stipulation and Order to Stay Discovery was entered in this case on April 17, 2026 in order to allow the parties to schedule a mediation within the next 30-60 days;

Whereas, on April 21, 2026, the Court granted Plaintiff's Motion to Amend Complaint, and Plaintiff's First Amended Complaint was thereafter filed on April 22, 2026;

Whereas, Defendant's Answer or responsive pleading to Plaintiff's First Amended Complaint falls due today, May 6, 2026;

Whereas, Plaintiff and Defendant have agreed that Defendant will need additional time to consider and evaluate the new allegations raised against Defendant in the Amended Complaint, and further agreed that Defendant shall have a one (1) week extension of time

within which to file her Answer to Plaintiff's Amended Complaint.

Wherefore, Plaintiff and Defendant hereby stipulate and agree that Defendant Alicia Fletcher shall have an extension of time in which to file her Answer to Plaintiff's First Amended Complaint, up to and including **May 13, 2026**.

IT IS SO STIPULATED AND AGREED.

| | |
|---|---|
| DATED this _6th_ day of May, 2026.<br><br>LAGOMARSINO LAW<br><br>By: /s/ Maria A. Mencos<br>Andre M. Lagomarsino, Esq.<br>Maria A. Mencos, Esq.<br>3005 W. Horizon Ridge Pkwy., #241<br>Henderson, NV 89052<br>aml@lagomarsinolaw.com<br>*maria@lagomarsinolaw.com*<br><br>*Attorneys for Plaintiff* | DATED this _6th_ day of May, 2026.<br><br>GARIN LAW GROUP<br><br>By: /s/ Lisa J. Zastrow<br>LISA J. ZASTROW, ESQ.<br>Nevada Bar No. 9727<br>9900 Covington Cross Drive, Suite 210<br>Las Vegas, Nevada 89144<br>lzastrow@garinlawgroup.com<br><br><br>*Attorneys for Defendant*<br>*Alicia Fletcher* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: ___May 7, 2026_____

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500    Facsimile: (702) 382-1512