GARIN LAW GROUP
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
lzastrow@garinlawgroup.com

*Attorney for Defendant Alicia Fletcher*

# UNITED STATED DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE, a minor, by and through his natural parent, YAZMINA RUIZ,<br><br>                                     Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision; ALICIA FLETCHER, individually; HEIDI HUNTER, individually; and DEONTE HARRIS, individually,<br><br>                                     Defendants. | CASE NO. 2:26-cv-00003-BNW<br><br>**SECOND STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO PLAINTIFF'S AMENDED COMPLAINT** |

Plaintiff John Doe, a minor by and through his natural parent, Yazmina Ruiz, by and through his counsel of record at LAGORMARSINO LAW, and Defendant, Alicia Fletcher (hereinafter "Defendant"), by and through her attorneys of record at GARIN LAW GROUP, hereby stipulate and agree as follows:

Whereas, a Stipulation and Order to Stay Discovery was entered in this case on April 17, 2026 in order to allow the parties to schedule a mediation within the next 30-60 days;

Whereas, on April 21, 2026, the Court granted Plaintiff's Motion to Amend Complaint, and Plaintiff's First Amended Complaint was thereafter filed on April 22, 2026;

Whereas, on May 7, 2026, a stipulated Order was entered granting Defendant Alicia Fletcher an extension of time up to May 13, 2026 in which to file her Answer to Plaintiff's First Amended Complaint.

Whereas, unfortunately, the undersigned counsel for Defendant Alicia Fletcher has been out due to family emergency and is unable to meet her deadline to file Answer by said due date,

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500    Facsimile: (702) 382-1512

and Plaintiff has no objection to giving the Defendant additional period of one week from May 13, 2026  to file her Answer to Plaintiff's First Amended Complaint.

Wherefore, IT IS HEREBY AGREED AND STIPULATED, that Defendant Alicia Fletcher shall be allowed to file her Answer to Plaintiff's First Amended Complaint, up to and including **May 20, 2026**.

The parties certify that this Stipulation is made in good faith and is not sought for the purpose of undue delay or to cause prejudice to any party.

IT IS SO STIPULATED AND AGREED.

| Dated this 13ᵗʰ of May, 2026 | Dated this 13ᵗʰ of May, 2026 |
|---|---|
| LAGOMARSINO LAW | GARIN LAW GROUP |
| By: /s/ Maria A. Mencos<br>Andre M. Lagomarsino, Esq.<br>Maria A. Mencos, Esq.<br>3005 W. Horizon Ridge Pkwy., #241<br>Henderson, NV 89052<br>aml@lagomarsinolaw.com<br>*maria@lagomarsinolaw.com* | By: /s/ Lisa J. Zastrow<br>LISA J. ZASTROW, ESQ.<br>Nevada Bar No. 9727<br>9900 Covington Cross Drive, Suite 210<br>Las Vegas, Nevada 89144<br>lzastrow@garinlawgroup.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Alicia Fletcher* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___May 14, 2026_____

Page 2 of 2

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512