MARK E. FERRARIO, ESQ.
Nevada Bar No. 01625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
hendricksk@gtlaw.com
***Counsel for Clark County School District, Heidi Hunter, and Deonte Harris***

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135,
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN DOE, a minor, by and through his natural parent, YAZMINA RUIZ,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision; ALICIA FLETCHER, individually; HEIDI HUNTER, individually; and DEONTE HARRIS, individually,<br><br>Defendants. | CASE NO. 2:26-cv-00003-BNW |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

It is hereby STIPULATED AND AGREED between Plaintiff, JOHN DOE, a minor, by and through his natural parent, YAZMINA RUIZ, and Defendants CLARK COUNTY SCHOOL DISTRICT, HEIDI HUNTER, DEONTE HARRIS, and ALICIA FLETCHER (collectively, "Defendants"), by and through their attorneys of record, that, in accordance with Federal Rule of

/ / /

/ / /

/ / /

/ / /

Civil Procedure 41(a)(2), all claims asserted against the Defendants herein are dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO STIPULATED.**

DATED this 27th day of October 2026.
**LAGOMARSINO LAW**

/s/ Maria A. Mencos
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 06711
MARIA A. MENCOS, ESQ.
Nevada Bar No. 17098
3005 w. Horizon Ridge Parkway
Suite 241
Henderson, Nevada 89052
***Attorneys for Plaintiff***

DATED this 27th day of October 2026.
**GREENBERG TRAURIG, LLP**

/s/ Kara B. Hendricks
MARK E. FERRARIO, ESQ.
Nevada Bar No. 01625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
***Counsel for Clark County School District, Heidi Hunter, and Deonte Harris***

DATED this 27th day of October 2026.
**GARIN LAW GROUP**

/s/ Lisa J. Zastrow
LISA J. ZASTROW, ESQ.
Nevada Bar No. 09727
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
***Counsel for Defendant Alicia Fletcher***

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED, this 28th day of October 2026.

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135,
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002